UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 13, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JARMAL DUPLESSIS, ) <br> ) <br> Defendant. ) | Case No. Cr.S-09-0422 WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Jarmal Duplessis</u>, Case No. <u>Cr.S-09-0422 WBS</u>, Charge <u>Title 18 USC § 371</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $ <u>10,000.00</u>

        _X_   Unsecured Appearance Bond <u>co-s</u>

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond with Surety

    __   Corporate Surety Bail Bond

    __   (Other) <u>Conditions of Release, Supervised by Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 13, 2009</u> at <u>12:30 p.m.</u>

By _____
Dale A. Drozd
United States Magistrate Judge