Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
JARMAL DUPLESSIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>JARMAL DUPLESSIS,<br><br>            Defendant. | No. Cr. S-09-0422 WBS<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Jarmal Duplessis, that the defendant's pretrial release conditions be modified as follows:

   1.   The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer.  Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer.

   2.   Further, defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Dated:  January 26, 2010                        Respectfully submitted,

                                                /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
                                                Attorney for Defendant Jarmal Duplessis

1

**Stipulation and Order for Modification of Pretrial Release Conditions**

Dated: January 26, 2010                    /s/ Jean Hobler
                                           JEAN HOBLER
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: January 26, 2010.

_____
U.S. MAGISTRATE JUDGE

2

**Stipulation and Order for Modification of Pretrial Release Conditions**