1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   JARMAL DUPLESSIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:09-CR-00422 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| JARMAL DUPLESSIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Jarmal Duplessis, that the previously-scheduled admit/deny hearing date of November 19, 2012, be vacated and the matter set for an admit/deny hearing on January 7, 2013, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review the case with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  November 16, 2012                Respectfully submitted,

                                         /s/ Michael E. Hansen
                                         MICHAEL E. HANSEN
                                         Attorney for Defendant
                                         JARMAL DUPLESSIS

1

**Stipulation and [Proposed] Order to Continue Admit/Deny Hearing**

| | |
|---|---|
| Dated:  November 16, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:  /s/ Michael E. Hansen for<br>JEAN HOBLER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## ORDER

The Court orders that the November 19, 2012, admit/deny hearing shall be continued until January 7, 2013, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated:            November 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE