Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
JARMAL DUPLESSIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>JARMAL DUPLESSIS,<br><br>         Defendant. | No. 2:09-CR-00422 WBS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISPOSITION HEARING, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jean Hobler, Assistant United States Attorney, attorney for plaintiff, and Michael Hansen, attorney for defendant Jarmal Duplessis, that the previously-scheduled disposition hearing date of January 28, 2013, be vacated and the matter set for disposition hearing on March 4, 2013, at 9:30 a.m.

   This continuance is requested to allow counsel additional time to have the defendant interviewed by Probation to determine if he qualifies for a re-entry program.

   The Government concurs with this request.

   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

   IT IS SO STIPULATED.

Dated:  January 24, 2013                    Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            JARMAL DUPLESSIS

1

**Stipulation and [Proposed] Order to Continue Disposition Hearing**

1  Dated:  January 24, 2013                    BENJAMIN B. WAGNER
                                               United States Attorney
2
                                               By:  /s/ Michael E. Hansen for
3                                              JEAN HOBLER
                                               Assistant U.S. Attorney
4                                              Attorney for Plaintiff

5

6                                     **ORDER**

7       The Court orders that the January 28, 2013, disposition hearing shall be continued until

8  March 4, 2013, at 9:30 a.m.

9       **IT IS SO ORDERED**.

10  Dated:          January 24, 2013

11

12                                       WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE
13

**Stipulation and [Proposed] Order to Continue Disposition Hearing**