# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**   Jarmal  Duplessis                              **Docket Number:**   0972 2:09CR00422

**Name of Judicial Officer**:     Honorable William B. Shubb, Senior United States District Judge

**Date of Original Sentence:**   11/8/2010

**Original Offense:** 18 USC 371 – Conspiracy to Commit Student Loan Fraud (Class D Felony)

**Original Sentence:** 9 months custody Bureau of Prisons; 36 months Supervised Release; $23,294.70 restitution; $100 special assessment; Mandatory drug testing; No firearms; DNA collection

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. Financial Restrictions
4. Drug/Alcohol Treatment
5. Drug/Alcohol Testing

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    7/26/2013

**Other Court Actions:**

**06/29/2011**:      Prob 12C Petition for Warrant filed; warrant issued by the Court.

**03/04/2013**:      Supervised Release revoked.  <u>Sentence</u>:  10 months custody Bureau of Prisons; 26 months Supervised Release; Mandatory drug testing; No firearms; DNA collection. <u>Special Conditions</u>:  1) Warrantless Search; 2) Not Dissipate Assets; 3) Financial Disclosure; 4) Financial Restrictions; 5) Drug/Alcohol Treatment; 6) Drug/Alcohol Testing.

RE: **Jarmal Duplessis**                                              **Docket Number: 0972 2:09CR00422**

# PETITIONING THE COURT

☒ **OTHER:** This matter be placed on the Court's calendar for March 17, 2014, at 9:30 a.m. The probation officer will notify the offender and counsel of said hearing.

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**          **Nature of Violation**

**Charge**                 **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

The offender has submitted urine samples to his supervising probation officers in the Northern District of California and the Eastern District of California which tested positive for marijuana metabolite on the following dates: November 5, 13, and 15, 2013; December 6 and 20, 2013; January 10, 2014; and February 19, 2014.

This conduct is in violation of the offender's mandatory conditions of release which state, *"The defendant shall refrain from any unlawful use of controlled substance."*

**Justification:** The offender was last before Your Honor on March 4, 2013, for disposition of a previous violation petition. He was sentenced to 10 months custody, to be followed by 26 months supervised release. He released from Bureau of Prisons custody on July 26, 2013, to his grandmother's address in Pittsburgh, California. Supervision was transferred to the Northern District of California, Oakland office, in October 2013.

The offender began testing positive and admitting to marijuana use in November 2013. The probation officer in Oakland terminated supervision of the case and transferred supervision back to the undersigned in December 2013. The undersigned has been working with the offender in an attempt to get him to quit using marijuana over the past three months. The last test taken on February 19, 2014, was positive for marijuana, and the offender admitted usage.

The undersigned has run out of options and the offender continues to use marijuana; therefore, we are bringing this issue to Your Honor to address in a formal setting.

RE: **Jarmal  Duplessis**                                                             **Docket Number: 0972 2:09CR00422**

**Bail/Detention:** The offender is in contact with the undersigned and it is believed that if directed to attend Court, the offender will comply.  At this time, he is not considered a danger or risk of flight.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   February 27, 2014
                   Sacramento, California
                   GPS:cd

Respectfully submitted,

**/s/ Glenn P. Simon**

**Glenn P. Simon**
**United States Probation Officer**
Telephone: (916) 930-4306

**DATED:**   2/27/2014

Reviewed by,

**/s/ Jeffrey C. Oestreicher**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

RE: **Jarmal Duplessis**                                      **Docket Number: 0972 2:09CR00422**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒   Other:  This matter is placed on the Court's calendar for March 17, 2014, at 9:30 a.m.  The probation officer will notify the offender and counsel of said hearing.

**Dated:  February 27, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: Jean Marie Hobler

Defense Counsel: Michael E. Hansen

United States Marshal Service

RE: **Jarmal Duplessis**                                                          **Docket Number: 0972 2:09CR00422**

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb  
Senior United States District Judge  
Sacramento, California

                                                    RE:    Jarmal Duplessis  
                                                                Docket Number: 0972 2:09CR00422

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:  UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

      **a.  Evidence:**

           Alere Toxicology Services, Inc., laboratory reports for urine samples submitted on November 13 and 15, 2013; and December 6, 2013.

      **b.  Witnesses:**

           United States Probation Officer Glenn P. Simon will testify to collecting urine samples on December 20, 2013; January 10, 2014; and February 19, 2014, and using an on-site testing device that showed each sample positive for marijuana metabolite.  Furthermore, on each occasion, the offender admitted to using marijuana to the probation officer.

RE: **Jarmal  Duplessis**                                **Docket Number: 0972 2:09CR00422**

Respectfully submitted,

**/s/ Glenn P. Simon**

**Glenn P. Simon**
**United States Probation Officer**
Telephone: (916) 930-4306

**DATED:**   2/27/2014
             Sacramento, California

Reviewed by,

**/s/ Jeffrey C. Oestreicher**

**Jeffrey C. Oestreicher**
**Supervising United States Probation Officer**

**RE:** **Jarmal  Duplessis**                                             **Docket Number: 0972 2:09CR00422**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Offender:**   Jarmal  Duplessis               **Docket Number:**   0972 2:09CR00422

**Date of Original Offense:**     09/2004 to 07/2009

**Highest grade of violation alleged:** C

**Criminal History Category of offender:** III

**Chapter 7 range of imprisonment:** 5 **to** 11 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

- ☐  **Class A felony - 5 years (or stat max of __ years if longer)**
- ☐  **Class B felony - 3 years**
- ☒  **Class C and/or D felony - 2 years**
- ☐  **Class E felony and misdemeanors - 1 year**

**Violation requires mandatory revocation:  YES:** ☒   **NO:** ☐

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**    Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:   1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**    Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.