1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:09-CR-00422 WBS

12                 Plaintiff,            STIPULATION AND ~~PROPOSED~~ ORDER TO
                                         CONTINUE DISPOSITIONAL HEARING ON
            v.                           SUPERVISED RELEASE VIOLATION
13
   JARMAL DUPLESSIS,                    DATE: April 28, 2014
14                                      TIME: 9:30 a.m.
                   Defendants.          COURT: Hon. William B. Shubb
15

16
        Because counsel for the Government will be out of state on April 28, 2014, the parties by and
17
   through their respective counsel hereby stipulate and agree to continue the dispositional hearing in this
18
   matter by one week, from Monday, April 28, 2014, at 9:30 a.m. to Monday, May 5, 2014, at 9:30 a.m.
19
   Counsel for the Government has conferred with the Probation Officer assigned to this case, Mr. Simon,
20
   and he is also available on May 5, 2014, to appear on this matter.
21
   Dated: April 22, 2014                          BENJAMIN B. WAGNER
22                                                United States Attorney

23
                                         By:      /s/ Jean M. Hobler
24                                                JEAN M. HOBLER
                                                  Assistant United States Attorney
25 Dated: April 22, 2014

26                                                /s/ Jean M. Hobler for
                                                  MICHAEL HANSEN
27                                                Counsel for Defendant
                                                  (Signature Authorized April 22, 2014)
28

   STIPULATION TO CONTINUE DISPOSITIONAL HEARING         1

**ORDER**

For the reasons set forth in the parties' stipulation, the dispositional hearing regarding the supervised release violation is continued to May 5, 2014, at 9:30 a.m.  IT IS SO ORDERED.

Date:  April 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE